IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Leamon Bradley Todd, aka Bradley Todd,   )
                                  )   C/A No. 3:08-0660-MBS
          Plaintiff,             )
                                  )
    vs.                       )       **O R D E R**
                                  )
The Geneva Convention; Renaissance Inns,  )
ABA Marshan Models; and Venus         )
Enterprises,                     )
                                  )
         Defendants.         )
_____)

Plaintiff Leamon Bradley Todd is a resident of Emerald Residential Care in Bishopville, South Carolina. On February 27, 2008, Plaintiff, proceeding pro se and in forma pauperis, filed the within complaint alleging various claims against Defendants.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Bristow Marchant for pretrial handling. The Magistrate Judge reviewed the complaint pursuant to 28 U.S.C. § 1915 and the Prison Litigation Reform Act of 1996. On March 14, 2008, the Magistrate Judge issued a Report and Recommendation in which he recommended that the within action be dismissed because the court lacks subject matter jurisdiction over Plaintiff's claims. Plaintiff filed no objections to the Report and Recommendation.[1]

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is

---

[1] Plaintiff filed a letter on March 20, 2008 reiterating a number of his claims, as well as a letter on March 21, 2008 pointing out a typographical error in the Report and Recommendation.

made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).  In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation.  Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the record and concurs in the recommendation of the Magistrate Judge.  The court adopts the Report and Recommendation and incorporates it herein by reference.  The within action is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

April 9, 2008

**NOTICE OF RIGHT TO APPEAL**

**Plaintiff is hereby notified that he has the right to appeal this order
pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**